UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 JUN -4  PM 1: 21

| | | |
|---|---|---|
| HIGHLAND LAKES FURNITURE CENTER INC.<br>    Plaintiff | § § § § § | |
| VERSUS | § § § § § | CIVIL ACTION NO. 1:15-CV-423 |
| THE HANOVER INSURANCE COMPANY AND BRADFORD TAYLOR<br>    Defendant | § § § § | [JURY DEMANDED] |

### ORDER GRANTING AGREED MOTION TO REMAND

After considering the Plaintiff and Defendant's, The Hanover Insurance Company's, Agreed Motion to Remand, this Court is of the opinion that this Motion should be and hereby is GRANTED.

It is therefore ORDERED that this case is remanded back to the 424th Judicial District Court of Burnet County, Texas.

SIGNED this 4th day of June, 2015.

HONORABLE U.S. DISTRICT JUDGE LEE YEAKEL